```
                    UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA
                          WESTERN DIVISION
```

| | | |
|---|---|---|
| LARRY LIONEL WHITE, | ) | No. CV 09-06810-AG (VBK) |
| Plaintiff, | ) ) | ORDER (1) ACCEPTING AND ADOPTING THE REPORT AND RECOMMENDATION OF |
| v. | ) ) | THE UNITED STATES MAGISTRATE JUDGE, AND (2) DISMISSING THE |
| CALIFORNIA STATE PRISON, et al., | ) ) | FIRST AMENDED COMPLAINT |
| Defendants. | ) ) ) | |

Pursuant to 28 U.S.C. §636, the Court has reviewed the First Amended Complaint, Defendants' Motion to Dismiss and all other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Report and Recommendation.

**IT IS THEREFORE ORDERED** that a Judgment be entered (1) approving and adopting the Report and Recommendation, (2) granting Defendants'

//
//
//
//

Motion to Dismiss, and (3) directing that Judgment be entered dismissing the First Amended Complaint, and the action, without prejudice.

DATED: September 30, 2010

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE