JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| LARRY LIONEL WHITE, | ) | No. CV 09-06810-AG (VBK) |
| Plaintiff, | ) ) | JUDGMENT |
| v. | ) ) | |
| CALIFORNIA STATE PRISON, et al., | ) ) ) | |
| Defendants. | ) ) ) | |

   Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

   **IT IS ADJUDGED** that Judgment be entered dismissing the First Amended Complaint and entire action without prejudice.

DATED: SEPTEMBER 30, 2010

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE